**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-36379-AJC**

☐ ____3rd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Roberto Estupinan                           CO-DEBTOR: Maria Zaira Fernandez
Last Four Digits of SS# xxx-xx-7589                 Last Four Digits of SS#  xxx-xx-0793

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.  $ 177.77 for months 1 to 60 ;
    B.  $_____ for months ____to____;
    C.  $_____ for months ____to____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                 TOTAL PAID  $2,500.00
                 Balance Due  $ 1,750.00 payable $ 145.84 month (Months 1 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                     Arrearage on Petition Date $_____
Address _____                 Arrears Payment $_____/month (Months ___ to ___)
                                           Arrears Payment $_____/month (Months ___ to ___)
                                           Regular Payment $_____/month (Months ___ to ___)

2. _____                      Arrears Payment $_____
                                           Arrears Payment $_____/month (Months ___ to ___)
                                           Regular Payment $_____/month (Months ___ to ___)
                                           Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Cenlar<br>Loan No. xxxxx0737<br>Prop Add: 3494 NW 4th Terrace<br>Miami, FL 33125 | Homestead Property<br>$198,166.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____        Total Due $_____
                                 Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 14.16 month (Months 1 to 12 ). Pay $160.00/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtors are paying Seterus (Loan#xxxx8740), Ally Financial (Loan#xxxxx3635) and Bank of America (Loan#xxxxx3635) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under the penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 01/24/12